# United States District Court

__EASTERN__ DISTRICT OF __TENNESSE__

VICTOR W. JOHNSON,

JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: 3:07-cv-45

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's Motion for Summary Judgment [Doc. 10] is

GRANTED IN PART insofar as it seeks alternative relief for remand; defendant Commissioner's Motion

for Summary Judgment [14] is denied; and this matter is REVERSED and REMANDED under Sentence

Four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

    May 19, 2008                                                 Patricia L. McNutt, Clerk
Date

                                                                                           By    s/ A. Brush
                                                                                           Deputy Clerk